

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-3-2004

# Turner v. Commissioner IRS

Precedential or Non-Precedential: Precedential

Docket No. 03-3173

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Turner v. Commissioner IRS" (2004). *2004 Decisions*. Paper 111.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/111

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-3173

Turner v. Commissioner IRS

O R D E R

It is hereby ORDERED, at the direction of the Court, that the caption in the above case shall be amended to read as follows:

ESTATE OF THEODORE R. THOMPSON, DECEASED,
BETSY T. TURNER, EXECUTRIX,

                                               Appellant

v.

COMMISSIONER OF INTERNAL REVENUE

FOR THE COURT,

/s/Marcia M. Waldron
Clerk

Dated: November 3, 2004
nmb/cc:      (Michael J. Haungs, Esq.
              (Jonathan S. Cohen, Esq.
              (John A. Nolet, Esq.
                    (Thomas W. Ostrander, Esq.
                    (Victor F. Keen, Esq.